Luis **GARCIA–PRECIADO**, Petitioner,

v.

John **ASHCROFT**, Attorney General, Respondent.

No. 02–71907.

United States Court of Appeals, Ninth Circuit.

Submitted July 12, 2004.*

Decided July 15, 2004.

Jose A. Bracamonte, Esq., Phoenix, AZ, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, District Counsel, U.S. Immigration & Naturalization Service, Office of the District Counsel, Phoenix, AZ,

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

OIL, Jocelyn Lopez Wright, Cindy S. Ferrier, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: HAWKINS, THOMAS, and BYBEE, Circuit Judges.

## MEMORANDUM **

Luis Garcia–Preciado, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") summary dismissal under 8 C.F.R. § 1003.1(d)(i)(2)(E) of his appeal from an immigration judge's decision denying his motion to terminate deportation proceedings. We have jurisdiction under 8 U.S.C. § 1105a(a). *Kalaw v. INS,* 133 F.3d 1147, 1150 (9th Cir.1997). We deny the petition.

Garcia–Preciado has not challenged the BIA's dismissal of his appeal for failure to file a brief. Therefore, he has waived the issue, and we will not consider it. *See Martinez–Serrano v. INS,* 94 F.3d 1256, 1259–60 (9th Cir.1996) (holding that issues which are not specifically and distinctly argued and raised in a party's opening brief are waived).

Pursuant to *Elian v. Ashcroft,* 370 F.3d 897 (9th Cir.2004) (order), Garcia–Preciado's voluntary departure period will begin to run upon issuance of this court's mandate.

John Ashcroft, Attorney General, is the proper respondent. The Clerk shall amend the docket to reflect the above caption.

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

